

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00213-CV

Maria Eugenia **FREEZE**,
Appellant/Cross-Appellee

v.

Erwin Florentino **RAMIREZ**,
Appellee/Cross-Appellant

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15361
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: December 5, 2018

CROSS-APPEAL DISMISSED

Cross-appellant Erwin Florentino Ramirez moved to dismiss his cross-appeal. The motion states Ramirez no longer wishes to alter the trial court's judgment. Cross-Appellant's motion to dismiss his cross-appeal is granted; the cross-appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam). Appellant's appeal is retained on this court's docket.

PER CURIAM